FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2022 MAR -1 PM 3:18

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

v.

CASE NO. 3:22-cr-22-BJD-JBT
21 U.S.C. § 841(a)(1) &
841(b)(1)(B)

RACHEL LOUISE CLARK

## INFORMATION

The United States Attorney charges:

### COUNT ONE

On or about February 4, 2020, in the Middle District of Florida and elsewhere, the defendant,

RACHEL LOUISE CLARK,

did knowingly and intentionally possess with intent to distribute a controlled substance, which violation involved 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, and is therefore punished under 21 U.S.C. § 841(b)(1)(B).

In violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(B).

### FORFEITURE

1. The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 21 U.S.C. § 853.

2. Upon conviction of a violation of 21 U.S.C. § 841(a)(1), the defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a)(1) and (2), any

property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as a result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

3. If any of the property described above, as a result of any acts or omissions of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property, which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

KARIN HOPPMANN
Acting United States Attorney

By: _____
KIRWINN MIKE
Assistant United States Attorney

By: _____
KELLY KARASE
Assistant United States Attorney
Deputy Chief, Jacksonville Division